IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-611 (RGA) |
| | ) | |
| COMCAST CABLE COMMUNICATIONS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-612 (RGA) |
| | ) | |
| COXCOM LLC and COX COMMUNICATIONS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-614 (RGA) |
| | ) | |
| DISH NETWORK CORPORATION, DISH NETWORK LLC, DISH DBS CORPORATION, ECHOSTAR CORPORATION, and ECHOSTAR TECHNOLOGIES, L.L.C. | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| TQ DELTA, LLC,            )<br>                           )<br>             Plaintiff,    )<br>                           )<br>   v.                      )<br>                           )<br>TIME WARNER CABLE INC. and TIME )<br>WARNER CABLE ENTERPRISES LLC, )<br>                           )<br>             Defendants.   ) | C.A. No. 15-615 (RGA) |
| TQ DELTA, LLC,            )<br>                           )<br>             Plaintiff,    )<br>                           )<br>   v.                      )<br>                           )<br>VERIZON SERVICES CORP.,    )<br>                           )<br>             Defendant.    ) | C.A. No. 15-616 (RGA) |

## NOTICE REGARDING *EX PARTE* REEXAMINATIONS

Defendants provide the following update to the Court regarding the pending *ex parte* reexamination petitions against the remaining claims of the asserted patents, U.S. Patent No. 8,718,158 ("the '158 patent") and U.S. Patent No. 9,014,243 ("the '243 patent"). The United States Patent and Trademark Office ("USPTO") determined that a substantial new question of patentability exists as to all asserted claims in this case and granted *ex parte* reexamination of claims 1, 2, 6, 9, 15, and 16 of the '158 patent on April 23, 2021 and claims 1-4, 6–10, 12–17, 19–23, and 25 of the '243 patent on April 26, 2021.   Copies of the decisions are attached as Exhibits A and B, respectively.  These reexaminations address all asserted claims of the remaining patents in this litigation.

Defendants will keep the Court apprised of the status of the pending reexamination proceedings, and – if they result in Office Actions rejecting the asserted claims – Defendants may seek to stay the case at the appropriate time in the future.

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
Alice E. Snedeker
Duane Morris LLP
1075 Peachtree Street N.E., Suite 1700
Atlanta, GA 30309-3929
(404) 253-6900

John M. Baird
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC  2004-2166
(202) 776-7819
*Attorneys for Defendants Comcast Cable Communications LLC, CoxCom LLC, Cox Communications Inc., Time Warner Cable Inc., Time Warner Cable Enterprises LLC, and Verizon Services Corp.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendants Comcast Cable Communications LLC, CoxCom LLC, Cox Communications Inc., Time Warner Cable Inc., and Time Warner Cable Enterprises LLC*

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
_____
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
schladweilerb@gtlaw.com
*Attorneys for Defendant Verizon Services Corp.*

| | |
|---|---|
| OF COUNSEL:<br><br>Ruffin B. Cordell<br>Adam R. Shartzer<br>Brian J. Livedalen<br>FISH & RICHARDSON P.C<br>1000 Maine Avenue, S.W.<br>Suite 1000<br>Washington, DC 20024<br>(202) 783-5070<br><br>Nitika Gupta Fiorella<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br><br>*Attorneys for Defendants DISH Network Corporation, DISH Network LLC, DISH DBS Corporation, Echostar Corporation, and Echostar Technologies, L.L.C.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br>_____<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br><br>*Attorneys for Defendants DISH Network Corporation, DISH Network LLC, DISH DBS Corporation, Echostar Corporation, and Echostar Technologies, L.L.C.* |

May 18, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 18, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| Peter J. McAndrews, Esquire<br>Thomas J. Wimbiscus, Esquire<br>Scott P. McBride, Esquire<br>Rajendra A. Chiplunkar, Esquire<br>James P. Murphy, Esquire<br>Ashley M. Ratycz, Esquire<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)