## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC.,

        Plaintiff,

        v.

TIME WARNER CABLE INC., et al.,

        Defendants.

C.A. No. 15-615-RGA

## TQ DELTA'S MOTION TO COMPEL TIME WARNER CABLE
## TO PROVIDE DISCOVERY REGARDING ITS "GATEWAY" DEVICES

Pursuant to Fed. R. Civ. P. 371(a)(1), Plaintiff TQ Delta, LLC ("TQ Delta") hereby

moves the Court for an Order compelling Defendants Time Warner Cable Inc. and Time Warner

Cable Enterprises LLC (collectively, "TWC") to provide discovery regarding "Gateway" devices

that were actively deployed and/or in use in TWC's networks at any time between May 2014 and

November 2020.

Pursuant to the Court's Order Appointing Special Master (D.I. 297) and Special Master

Order #1 (D.I. 303), only this Motion and a [Proposed] Order are being filed with the Court.

Pursuant to Special Master Order #1 (D.I. 303), TQ Delta's three-page letter brief and

attachments are being sent directly to the Special Master and served on counsel for all parties.


Dated: August 26, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware  19801
(302) 777-0300

(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Peter J. McAndrews (admitted *pro hac vice*)
Thomas J. Wimbiscus (admitted *pro hac vice*)
Scott McBride (admitted *pro hac vice*)
Rajendra A. Chiplunkar (admitted *pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
(312) 775-8000
(312) 775-8100 (Fax)
pmcandrews@mcandrews-ip.com

*Counsel for Plaintiff TQ Delta, LLC*